UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 11-cr-00271-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JORGE ESCOBEDO-ESTRADA, a/k/a Adan Gallegos,

    Defendant.

## ORDER

    This matter is before the Court upon a review of the file.  It is hereby

    ORDERED that a 2-day jury trial is set for **Monday, September 19, 2011, at 9:00 a.m. in courtroom A-1002.**  It is

    FURTHER ORDERED that Counsel shall contact chambers to schedule a hearing on pending motions, if any, and final trial preparation conference, if necessary.

    Dated:  July 22, 2011

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Chief United States District Judge