UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 11-cr-00271-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JORGE ESCOBEDO-ESTRADA, a/k/a Adan Gallegos,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on August 15, 2011 [ECF No. 10]. A Change of Plea hearing is set for **Thursday, September 1, 2011, at 9:00 a.m.**

    **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED**. **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated: August 15, 2011